IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 5:12-CR-88-CAR-CHW** |
| | : | |
| **RICHARD JEREMY WARE** | : | |
| | : | |

**MOTION FOR PSYCHOLOGICAL EVALUATION**

Defendant Richard Jeremy Ware filed a Notice of Intent to Offer Insanity Defense. Pursuant to FRCP 12.2(c)(1)(B), the Defendant, through his attorney, and the United States Attorney, through Assistant United States Attorney Paul McCommon, jointly request that this Court order the defendant to undergo a pretrial psychological or psychiatric examination pursuant to 18 U.S.C. § 4242.

February 4, 2013.

s/Keith E. Fitzgerald
KEITH E. FITZGERALD
Attorney for Defendant
Hogue & Hogue, LLP
Post Office Box 1795
Macon, Georgia 31202
(478) 750-8040
State Bar No. 360030

**CERTIFICATE OF SERVICE**

I hereby certify that by my signature I have served a copy of this motion on all interested parties by filing it electronically with CM/ECF

February 4, 2013.

s/Keith E. Fitzgerald
KEITH E. FITZGERALD